UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARANBIR SINGH,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>ORESTES CRUZ, et al.,<br><br>　　　　　　Respondents. | Case No. 1:26-cv-00279-JLT-SAB (HC)<br><br>ORDER WITHDRAWING THE REFERENCE OF THE MATTER TO THE MAGISTRATE JUDGE AND GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 1) |

On January 14, 2026, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order. (Docs. 1, 2.) On February 4, 2026, the Court converted the motion for TRO to a motion for preliminary injunction, granted a preliminary injunction, ordered Respondents to immediately release Petitioner, and permanently enjoined and restrained Respondents "from rearresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice[1] of at least seven days before a pre-deprivation hearing at which the government will bear the burden of demonstrating by clear and convincing evidence that he is likely to flee or pose a danger to the community if not arrested." (Doc. 11 at 6.)

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here, SHALL be provided within seven days of the arrest. Alternatively, if Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal. In this event, Respondent's SHALL provide a bond hearing in the timeframe required by law.

The Court set a briefing schedule and referred the matter to the assigned magistrate judge for consideration of the merits of the petition. (Doc. 11 at 17.) On February 4, 2026, Respondents filed a notice, indicating that they "do not intend to submit additional briefing." (Doc. 12.)

The undersigned hereby withdraws that reference in the interest of justice and to promote judicial and party efficiency. For the reasons set forth in the Court's order granting preliminary injunction, (Doc. 11), the Court **ORDERS** that:

1. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 9, 2026**

UNITED STATES DISTRICT JUDGE